**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-7320**

———————————

ROGER L. ERVIN,

             Plaintiff - Appellant,

    v.

BOBBY P. SHEARIN, Warden; SERGEANT FINK,

             Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge. (1:13-cv-03337-ELH)

———————————

Submitted: March 30, 2015          Decided: April 2, 2015

———————————

Before MOTZ, GREGORY, and KEENAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Roger Len Ervin, Appellant Pro Se. Nichole Cherie Gatewood, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger L. Ervin seeks to appeal the district court's order denying in part his motion for discovery. This Court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949).

The order Ervin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Nor could it have been certified for immediate appealability under Rule 54(b). In re Bryson, 406 F.3d 284, 287-88 (4th Cir. 2005); Equip. Fin. Grp., Inc. v. Traverse Computer Brokers, 973 F.2d 345, 347-48 (4th Cir. 1992). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

DISMISSED